IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 CV 8426 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| PASSION TRANSPORTATION, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ABC Business Forms, Inc. voluntarily dismisses its individual claims against Defendant Passion Transportation, Inc. with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs.

Respectfully submitted,

*s/ Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

       I, Dulijaza Clark, certify that on January 26, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF and caused service on following party:

<u>Via U.S. Mail</u>
Passion Transportation, Inc.
c/o John J. O'Donnell
10759 W. 159th Street, Suite 201
Orland Park, Illinois 60467

                                    <u>*s/ Dulijaza Clark*</u>
                                      Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)